IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BENJAMIN KARL SMITH, | CV-19-00013-H-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| CRYSTAL FOSTER-THOMPSON, SGT. WILLIAM MILLER, CORRECTIONAL OFFICER NATHAN CHARLES, and UNIT MANAGER CHRIS CONNELL, | |
| Defendants. | |

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties (Doc. 20),

IT IS ORDERED that the above-entitled cause of action is hereby DISMISSED WITH PREJUDICE.

The Clerk of Court shall terminate all pending motions and close this matter.

DATED this 25th day of February, 2020.

_____
Brian Morris
United States District Court Judge